**MANLEY v. STATE.**
No. 22749.

Court of Criminal Appeals of Texas.
Feb. 9, 1944.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin for the State.

GRAVES, Judge.

Appellant was convicted of burglary, and his punishment assessed at two years' confinement in the penitentiary.

The record is before us with no statement of facts and no bills of exceptions; the appellant also pleaded guilty, with no request for a suspended sentence. He received the lowest penalty. The indictment appears proper, and all proceedings regular.

The judgment is therefore affirmed.

Alex P. Pope, of Tyler, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

KRUEGER, Judge.

The conviction is for the theft of an automobile of the value of $100. The punishment assessed is confinement in the penitentiary for two years.

The record is before us without a statement of facts or bills of exception. Appellant entered a plea of guilty to the offense charged. The indictment and all other matters of procedure appear to be in proper form.

The judgment of the trial court is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.